■ HABER PHILADELPHIA CENTER CITY OFFICE LIMITED v TOKAI BANK. [656 NYS2d 723] —Appeals consolidated, and time to perfect the appeals enlarged to the September 1997 Term. Concur—Murphy, P. J., Wallach, Mazzarelli and Andrias, JJ.